AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL-DC AM10:1
RECEIVED FEB 13 '24

| United States of America | |
|---|---|
| v. | ) Case: 1:24-mj-00061 |
| | ) Assigned To : Faruqui, Zia M. |
| GIANNI ROBINSON | ) Assign. Date : 2/12/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GIANNI ROBINSON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Conspiracy to Interfere with Interstate Commerce by Robbery

Date:   02/12/2024

*Zia M. Faruqui*

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  2/13/24 , and the person was arrested on *(date)*  2/13/24 at *(city and state)*  Wash.ngton DC . |
| Date:  2/13/24 |

*Mike R*

*Arresting officer's signature*

Michael Brennan, DUSM
*Printed name and title*